**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HUMBERTO BALDERAS,** *Plaintiff,* | § § § | |
| **v.** | § § | **CIVIL ACTION 4:24-cv-00779** |
| **WAL-MART STORES TEXAS, LLC. D/B/A WAL-MART SUPERCENTER #5080 AND WAL-MART REAL ESTATE BUSINESS TRUST D/B/A WAL-MART** *Defendants.* | § § § § § § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed July 11, 2024;
2. Citation issued to Wal-Mart Stores Texas, LLC., filed July 11, 2024;
3. Citation issued to Wal-Mart Real Estate Business Trust, filed July 11, 2024;
4. Return of Service from Wal-Mart Stores Texas, LLC., filed July 26, 2024;
5. Return of Service from Wal-Mart Real Estate Business Trust., filed on July 26, 2024;
6. Executed Citation from Wal-Mart Stores Texas, LLC., filed on July 26, 2024;
7. Executed Citation from Wal-Mart Real Estate Business Trust., filed July 26, 2024;
8. Defendants' Original Answer., filed August 12, 2024;
9. Letter from the Court Regarding Jury Trial., filed August 13, 2024.

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**FRANKIE PICONE**
Texas Bar No. 24126430
fpicone@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of August 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

______________________________

**DAVID A. JOHNSON**